**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROCKY MOUNTAIN FARMERS UNION; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board; et al., <br><br> Defendants - Appellants, <br><br> ENVIRONMENTAL DEFENSE FUND; et al., <br><br> Intervenors - Defendants - Appellants. | No. 12-15131 <br><br> DC Nos. 1:09 cv 2234 LJO <br> 1:10 cv 0163 LJO <br><br> ED Cal., Fresno <br><br> ORDER |
| ROCKY MOUNTAIN FARMERS UNION; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JAMES N. GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board; et al., <br><br> Defendants - Appellants, | No. 12-15135 <br><br> DC Nos.1:09 cv 2234 LJO <br> 1:10 cv 0163 LJO <br><br> ED Cal., Fresno |

| |
|---|
| ENVIRONMENTAL DEFENSE FUND; et al., <br><br>    Intervenors - Defendants - Appellants. |

Before:   TASHIMA, Circuit Judge.

   I am recused.  28 U.S.C. § 455(a).  I ask the Clerk to draw a replacement judge.